ORIGINAL

RECEIVED
JAN 11 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

08-22 C

Plaintiff(s) or Petitioner(s)
Sunshine Development, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Stephen B. Hurlbut

Firm Name: Akerman Senterfitt Wickwire Gavin

Post Office Box:

Street Address: 8100 Boone Boulevard, Suite 700

City-State-Zip: Vienna, Virginia 22182

Telephone & Facsimile Numbers: tel: 703-790-8750 fax: 703-448-1801

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ■ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 0 4

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: P S

See attached sheet for three-digit codes.

Amount Claimed: $ $217,000

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.