IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUNSHINE DEVELOPMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-22C |
| | ) | (Judge Hewitt) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Lauren S. Moore, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Lauren S. Moore
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 10108
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Lauren S. Moore
LAUREN S. MOORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 616-0333
Fax: (202) 514-8640
E-mail: Lauren.Moore@usdoj.gov

Dated: February 7, 2008

**CERTIFICATE OF FILILNG**

I hereby certify that on the 7th day of February, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lauren S. Moore