# In the United States Court of Federal Claims

No. 08-22 C

(E-Filed: May 23, 2008)

| | |
|---|---|
| SUNSHINE DEVELOPMENT, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Unopposed Motion For an Enlargement of Time to Respond to Defendant's Motion to Stay the Proceedings (plaintiff's Motion), filed May 22, 2008. Based on the representations contained therein, and the fact that it is unopposed, plaintiff's Motion is GRANTED. Plaintiff shall file its response to Defendant's Motion to Stay the Proceedings on or before June 2, 2008.

IT IS SO ORDERED.

s/ Lynn J. Bush
LYNN J. BUSH
Judge
FOR
EMILY C. HEWITT
Judge