# In the United States Court of Federal Claims

No. 08-22 C

(E-Filed: June 4, 2008)

SUNSHINE DEVELOPMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court are Defendant's Motion to Stay Proceedings (defendant's Motion or Def.'s Mot.) and Plaintiff's Response to Defendant's Motion to Stay Proceedings (plaintiff's Response or Pl.'s Resp.). Defendant "requests that the [c]ourt stay further proceedings in this action pending the resolution of the largely identical issue in United States Postal Service v. Sunshine Development, Inc., No. CV 107-CV-2101 (M.D. Pa.), currently pending before the United States District Court for the Middle District of Pennsylvania." Def.'s Mot. 1. For the reasons contained therein, and because it is unopposed, defendant's Motion is GRANTED. Proceedings in this matter are STAYED. The parties shall file a Joint Status Report (JSR) updating the court on the status of the case United States Postal Service v. Sunshine Development, Inc., on or before Tuesday, September 2, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge