IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUNSHINE DEVELOPMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-22C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated June 4, 2008, the parties submit this joint status report.

On June 4, 2008, this Court stayed further proceedings in this case pending the resolution of United States Postal Service v. Sunshine Development, Inc., No. CV 107-CV-2101 (M.D. Pa.), currently pending before the United States District Court for the Middle District of Pennsylvania ("district court").

The parties in the district court litigation are currently conducting discovery, and dispositive motions are due on or before October 20, 2008. The parties will inform this Court once the district court has ruled upon any dispositive motions that are filed.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.

MARTIN F. HOCKEY, JR.
Assistant Director

s/ Stephen B. Hurlbut

STEPHEN B. HURLBUT
Akerman Senterfitt Wickwire Gavin
8100 Boone Boulevard
Suite 700
Vienna, VA 22182
Tele: (703) 790-8750
Fax: (703) 448-1801

Attorney for Plaintiff

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0333
Fax: (202) 514-8640

Attorneys for Defendant

SEPTEMBER 2, 2008

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the 2nd day of SEPTEMBER, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Lauren S. Moore