# In the United States Court of Federal Claims

No. 08-22 C

(E-Filed: September 2, 2008)

| | |
|---|---|
| SUNSHINE DEVELOPMENT, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Status Report (JSR), filed September 2, 2008. In its order of June 4, 2008, the court stayed further proceedings in this case pending the resolution of United States Postal Service v. Sunshine Development, Inc., No. CV 107-CV-2101 (M.D. Pa.), currently pending before the United States District Court for the Middle District of Pennsylvania. Order of June 4, 2008. According to the parties, dispositive motions are due in United States Postal Service v. Sunshine Development, Inc. on or before October 20, 2008. JSR of Sept. 2, 2008. Further to the parties' JSR of September 2, 2008, the parties shall file a JSR within ten days of the district court's ruling on these dispositive motions.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge